AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

|  |  |  |
|---|---|---|
| Surgery Center of Viera, LLC,<br>*Plaintiff(s)*<br>v.<br><br>UnitedHealthcare Insurance Company, American Compass, Inc. and American Compass, Inc., Plan,<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To:    UnitedHealthcare Insurance Company
       c/o Chief Financial Officer
       200 E. Gaines Street
       Tallahassee, FL 32399

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jeffrey L. Greyber, Esq.
                        Callagy Law, P.C.
                        1900 NW Corporate Blvd., Suite 310W
                        Boca Raton, FL 33401
                        T:  (561)405-7966
                        F: (201_549-8753
                        jgreyber@callagylaw.com
                        hcasebolt@callagylaw.com

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                              *Signature of Clerk or Deputy Clerk*